**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7695**

MARK A. BARNES,

            Plaintiff – Appellant,

      v.

KATHERINE BRAUN, Lawyer/Public Defender; KATHLEEN ORTIZ,
Head Public Defender,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:10-cv-01268-LMB-TCB)

Submitted: May 18, 2011             Decided: June 2, 2011

Before DAVIS and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark A. Barnes, Appellant Pro Se. Guy Winston Horsley, Jr.,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barnes v. Braun, No. 1:10-cv-01268-LMB-TCB (E.D. Va. Nov. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED